# Exhibit A



**Tri-State Paper Co.**
*149 e, church st.*
*Blackwood, NJ  08012*
*215-455-4506*
*215-455-4509*

### Statement
*Page 1 of 1*
**10-Nov-2023**

| Customer |
| --- |
| CARLUCCI'S EXPRESS |
| 1593 BIG OAK ROAD |
| |
| YARDLEY, PA  19067 |

| | Account# | Total Due | Current |
| --- | --- | --- | --- |
| | CARLU110 | $3,817.10 | ($4.18) |

| 31-45 Days | 46-60 Days | 61-90 Days | 91-120 Days | 120+ Days |
| --- | --- | --- | --- | --- |
| $1,858.61 | $1,929.92 | $0.00 | $0.00 | $32.75 |

| Invoice | Invoice Date | Due Date | Type | Invoice Amt | Amount Due | Status | P.O. Number |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 2025693 | 1-Sep-22 | **1-Sep-22** | IN | $681.88 | **$28.75** | Delinquent | |
| 2030671 | 14-Apr-23 | **14-Apr-23** | IN | $59.75 | **$4.00** | Delinquent | |
| OP6540 | 24-Jul-23 | **24-Jul-23** | OP | ($2.60) | **($2.60)** | Credit | |
| OP6564 | 3-Sep-23 | **3-Sep-23** | OP | ($1.58) | **($1.58)** | Credit | |
| 2033432 | 12-Sep-23 | **12-Sep-23** | IN | $985.97 | **$985.97** | Delinquent | |
| 2033546 | 18-Sep-23 | **18-Sep-23** | IN | $943.95 | **$943.95** | Delinquent | |
| 2033655 | 25-Sep-23 | **25-Sep-23** | IN | $890.91 | **$890.91** | Delinquent | |
| 2033765 | 2-Oct-23 | **2-Oct-23** | IN | $967.70 | **$967.70** | Delinquent | |