*Form PL262* (12/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Tri−State Paper, Inc.<br>　　Debtor(s) | Case No. 23−13237−pmm<br>Chapter 11 |
| Tri−State Paper, Inc.<br>Plaintiff | |
| v. | Adversary No. 23−00079−pmm |
| Capuano Management, Inc.<br>Defendant | |

## DEFAULT JUDGMENT

Before Judge Patricia M. Mayer

　　AND NOW, in accordance with Request for Entry of Default Judgment, Declaration and Certificate of Service it is

　　ORDERED that judgment by default be and the same is hereby entered in favor of Plaintiff, Tri-State Paper, Inc. and Against Defendant Capuano Management, Inc. in the amount of Three Thousand Eight Hundred Seventeen Dollars and Ten Cents ($3,817.10), plus costs in the amount of Three Hundred Fifty Dollars ($350.00), for a total of Four Thousand One Hundred Sixty Seven Dollars and Ten Cents ($4,167.1) sum certain.

Date: December 21, 2023

FOR THE COURT

ATTEST:

_____
Timothy B. McGrath
Clerk of Court