# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-13237-pmm |
| Tri-State Paper, Inc., | Chapter 11 |
|     Plaintiff. | |
| Tri-State Paper, Inc., | Adversary No. 23-00079-pmm |
|     Plaintiff, | |
|     v. | |
| Capuano Management, Inc., | |
|     Defendant. | |

**Praecipe to Mark Judgment Satisfied**

To the Clerk of Court:

    Please mark the judgment in this case as satisfied. Thank you.

Date: March 8, 2024

CIBIK LAW, P.C.
*Counsel for Plaintiff*

By: /s/ Michael I. Assad
Michael I. Assad (#330937)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com